UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

THAN VAN PHAM,
Petitioner,
v.
FERETI SEMAIA, et al.,
Respondents.

Case No. 5:26-cv-06359-SVW-SSC

JUDGMENT

Pursuant to the Memorandum and Order Granting Unopposed Habeas Petition filed concurrently herewith, **IT IS ADJUDGED** that:

1. The petition is granted.
2. Respondents are ordered to release **Than Van Pham (A# 026-637-061)** from custody immediately.
3. The Clerk of Court is directed to close this case.

DATED: November 4, 2026

HONORABLE STEPHEN V. WILSON
United States District Judge